IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER A. WILLIAMS, ) | |
| ID # 19042243, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:20-CV-0420-K-BH |
| ) | |
| IRVING CITY DOG POUND, ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, this action will be **DISMISSED** as malicious under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) without prejudice to the prosecution of the plaintiff's prior action in this court, *Williams v. Dallas Police Officer et al.,* 3:19-CV-3046-B (N.D. Tex. Dec. 20, 2019).

SO ORDERED

Signed April 24th, 2020.

*Ed Kinkeade*
ED KINKEADE
**UNITED STATES DISTRICT JUDGE**